IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41519
Conference Calendar
_____

REGINALD CHARLES ROBERSON,

                                        Plaintiff-Appellant,

versus

ARTHUR VELASQUEZ, Warden; Et Al,

                                        Defendants,

SHRAEL, Officer; JAMES A. COLLINS, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
MICHAEL CHENIER, Correctional Officer,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-720
--------------------

August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

Reginald Charles Roberson ("Roberson"), former Texas
prisoner # 653080, has appealed the decision of the district
court to dismiss his case. The district court dismissed
Roberson's complaint for want of prosecution, pursuant to Fed.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

R. Civ. P. 41(b), after it revoked his leave to proceed in forma pauperis ("IFP") because he had accumulated "three strikes" under 28 U.S.C. § 1915(g).  Because Roberson does not address the district court's revocation of his IFP status or dismissal of his case for want of prosecution, he has abandoned the only issues on appeal.  See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987); Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).  Accordingly, the appeal is frivolous and is dismissed as such.  See 5th Cir. R. 42.2.  Furthermore, all motions filed by Roberson in relation to this appeal are denied as moot.

We warn Roberson that additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Roberson is cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED.  DENY MOTIONS AS MOOT.  SANCTIONS WARNING ISSUED.